UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:02-cv-05407-FMC-RNBx | Date | May 28, 2009 |
|---|---|---|---|
| Title | USA v. $14,315.19 U S Currency | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE   (In Chambers)

Plaintiff is Ordered to Show Cause, no later than **June 11, 2009**, why this case should not be dismissed for lack of prosecution.  The matter was deemed related to One 2002 Mercedes Benz, CV 02-5773, in which Judgment of Forfeiture was entered June 4, 2003.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |